UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (rf-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
973-200-0988
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Steven W. Stagnitto<br><br>　　　　　　　　　　　　　　Debtor | Case No.:　　　　18-27904-JKS<br><br>Judge:　　　　John K. Sherwood<br><br>Chapter:　　　　13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by Amer. Honda Finance Corp., creditor,

   A hearing has been scheduled for October 10, 2019, at 10:00 am.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

Debtor got behind but has been making payments to get caught up. Proof will be supplied. Alternatively he would like a payment plan for the arrearages.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9-26-19                                                        /s/Steven W. Stagnitto
                                                                             Debtor's Signature

Date: _____                                         _____
                                                                             Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*