Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−27904−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Stagnitto
   17 Sanders Place
   Butler, NJ 07405

Social Security No.:
   xxx−xx−6725

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*28* − Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 9/23/2019 to 10/27/2019, fee: $920.00, expenses: $10.70. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ferro, Ralph)

*29* − Objection to Debtor(s) Attorney's Application for Compensation (related document:28 Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 9/23/2019 to 10/27/2019, fee: $920.00, expenses: $10.70. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Steven W. Stagnitto) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/28/19

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court