Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27904−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven W. Stagnitto
    17 Sanders Place
    Butler, NJ 07405

Social Security No.:
    xxx−xx−6725

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*28* − Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 9/23/2019 to 10/27/2019, fee: $920.00, expenses: $10.70. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) (Ferro, Ralph)

*29* − Objection to Debtor(s) Attorney's Application for Compensation (related document:28 Application for Compensation for Ralph A Ferro Jr, Debtor's Attorney, period: 9/23/2019 to 10/27/2019, fee: $920.00, expenses: $10.70. Filed by Ralph A Ferro Jr. Objection deadline is 11/4/2019. (Attachments: # 1 Certification of Ralph A. Ferro, Jr. # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Steven W. Stagnitto) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Steven W. Stagnitto  
    Debtor

Case No. 18-27904-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                       Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db           +Steven W. Stagnitto,   17 Sanders Place,   Butler, NJ 07405-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 29 2019 00:23:26  
               American Honda Finance Corporation,   3625 W. Royal Lane Suite 200,   Irving, TX   75063,  
               UNITED STATES  
                                                                                                           TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation  
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          NJ_ECF_Notices@mccalla.com  
         Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
          phillip.raymond@mccalla.com  
         Ralph A Ferro, Jr    on behalf of Debtor Steven W. Stagnitto ralphferrojr@msn.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 8