UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49763
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for American Honda Finance Corporation

**Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN W. STAGNITTO

Case No.: 18-27904

Adv. No.:

Hearing Date: 10-10-19

Judge: JKS

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Steven W. Stagnitto**
**18-27904(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Ralph Ferro, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the holder of a first purchase money security interest encumbering a 2018 Honda Civic bearing serial number 2HGFC2F76JH577700 (hereinafter the"vehicle").

2. **Curing Arrears:** At the hearing, the debtor's loan with Honda was $529.54 in arrears. To cure arrears, the debtor shall make cure payments to Honda of $516.28 a month for three consecutive months beginning 10-16-19. If the debtor fails to make any cure payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtors shall make all contractual payments when due, being the 16th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. American Honda Finance Corporation shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to American Honda Finance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:
Steven W. Stagnitto
    Debtor

Case No. 18-27904-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin               Page 1 of 1           Date Rcvd: Dec 04, 2019
                            Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +Steven W. Stagnitto,    17 Sanders Place,    Butler, NJ 07405-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
         ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         NJ_ECF_Notices@mccalla.com
        Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         phillip.raymond@mccalla.com
        Ralph A Ferro, Jr    on behalf of Debtor Steven W. Stagnitto ralphferrojr@msn.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 8