Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−27904−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven W. Stagnitto
   17 Sanders Place
   Butler, NJ 07405

Social Security No.:
   xxx−xx−6725

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       4/23/20
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)

COMMISSION OR FEES

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 20, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Steven W. Stagnitto
    Debtor

Case No. 18-27904-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Mar 20, 2020
    Form ID: 137    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db              +Steven W. Stagnitto,    17 Sanders Place,    Butler, NJ 07405-1211
517743631       +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
517787350        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
517743633       +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
517861791       +JPMorgan Chase Bank, National Association,    Bankruptcy Department,    Mail Code LA4-5555,
                  700 Kansas Lane,    Monroe, LA 71203-4774
517743635       +Katty Stagnitto,    17 Sanders Place,    Butler, NJ 07405-1211
517743636      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp.,     5005 N River Blvd NE,
                  Cedar Rapids, IA 52411-6634)
518302435        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
517807177       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2020 23:22:10      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2020 23:22:08      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 20 2020 23:22:19
                  American Honda Finance Corporation,    3625 W. Royal Lane Suite 200,    Irving, TX  75063,
                  UNITED STATES
517780768        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 20 2020 23:22:19
                  American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, TX 75016-8088
517743632        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 20 2020 23:27:49      Chase Bank, NA,
                  200 White Clay Center Drive,    Newark, DE 19711
517863332        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 23:27:14
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517743634*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  Honda Financial Services,    Box 65507,    Wilmington, DE 19808)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: 137             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com
         Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com
         Ralph A Ferro, Jr    on behalf of Debtor Steven W. Stagnitto ralphferrojr@msn.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

         TOTAL: 8