Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 10, 2023

**Chapter 13 Case # 18-27904**

Re:   STEVEN W. STAGNITTO                                   Atty:   RALPH A. FERRO, JR., ESQ.
      17 SANDERS PLACE                                              66 EAST MAIN STREET - 3RD FLOOR
      BUTLER, NJ  07405                                             LITTLE FALLS, NJ  07424

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $33,600.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/18/2018 | $400.00 | 5241229000 | 10/12/2018 | $400.00 | 5306370000 |
| 11/28/2018 | $400.00 | 5420965000 | 01/02/2019 | $451.00 | 5508508000 |
| 01/29/2019 | $451.00 | 5576896000 | 03/04/2019 | $451.00 | 5677745000 |
| 04/04/2019 | $451.00 | 5759175000 | 05/06/2019 | $451.00 | 5842637000 |
| 06/12/2019 | $451.00 | 5934583000 | 07/11/2019 | $451.00 | 6008591000 |
| 09/12/2019 | $451.00 | 6170450000 | 10/28/2019 | $100.00 | 6283764000 |
| 11/07/2019 | $75.00 | 6316223000 | 12/02/2019 | $100.00 | 6370709000 |
| 12/10/2019 | $100.00 | 6387533000 | 12/12/2019 | $1,480.00 | 6398691000 |
| 02/03/2020 | $574.00 | 6526454000 | 03/02/2020 | $574.00 | 6608265000 |
| 03/31/2020 | $574.00 | 6673952000 | 05/04/2020 | $574.00 | 6765937000 |
| 06/02/2020 | $615.00 | 6838412000 | 07/02/2020 | $615.00 | 6914032000 |
| 08/03/2020 | $615.00 | 6985975000 | 09/03/2020 | $615.00 | 7062123000 |
| 10/05/2020 | $615.00 | 7139185000 | 11/05/2020 | $615.00 | 7213849000 |
| 12/03/2020 | $615.00 | 7282216000 | 01/05/2021 | $615.00 | 7356862000 |
| 02/02/2021 | $615.00 | 7425813000 | 03/03/2021 | $615.00 | 7498261000 |
| 04/05/2021 | $615.00 | 7579819000 | 05/03/2021 | $615.00 | 7645608000 |
| 06/04/2021 | $615.00 | 7720474000 | 07/02/2021 | $615.00 | 7784931000 |
| 08/03/2021 | $615.00 | 7856242000 | 09/03/2021 | $615.00 | 7925863000 |
| 10/05/2021 | $615.00 | 7995680000 | 11/04/2021 | $615.00 | 8061827000 |
| 11/15/2021 | $41.04 | 8083280000 | 12/06/2021 | $615.00 | 8130820000 |
| 01/03/2022 | $615.00 | 8185737000 | 02/02/2022 | $615.00 | 8250357000 |
| 03/04/2022 | $615.00 | 8317822000 | 04/04/2022 | $615.00 | 8384761000 |
| 05/04/2022 | $615.00 | 8448550000 | 06/06/2022 | $615.00 | 8510255000 |
| 07/05/2022 | $615.00 | 8566920000 | 08/05/2022 | $615.00 | 8632455000 |
| 09/06/2022 | $615.00 | 8692811000 | 10/04/2022 | $615.00 | 8747267000 |
| 11/03/2022 | $615.00 | 8807777000 | 12/05/2022 | $615.00 | 8866898000 |
| 01/04/2023 | $615.00 | 8920835000 | 02/03/2023 | $615.00 | 8979302000 |
| 03/06/2023 | $615.00 | 9038339000 | 04/05/2023 | $615.00 | 9094871000 |
| 05/04/2023 | $615.00 | 9143510000 | 06/05/2023 | $615.00 | 9204223000 |
| 07/03/2023 | $615.00 | 9256068000 | 08/03/2023 | $615.00 | 9310902000 |

**Chapter 13 Case # 18-27904**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2023 | $615.00 | 9347073000 | | | |

**Total Receipts: $33,600.04  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $33,600.04**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,899.66 | |
| ATTY | ATTORNEY | ADMIN | 3,858.20 | 100.00% | 3,858.20 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK, FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 2,991.72 | 100.00% | 2,991.72 | |
| 0003 | LVNV FUNDING LLC | UNSECURED | 11,884.49 | * | 4,631.90 | |
| 0004 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | TOYOTA MOTOR CREDIT | UNSECURED | 37,930.62 | * | 14,783.21 | |
| 0009 | AMERICAN EXPRESS BANK | UNSECURED | 11,108.27 | * | 4,329.33 | |
| 0010 | CHASE BANK, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | AMERICAN HONDA FINANCE CORPORAT | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |

**Total Paid: $33,025.02**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/21/2019 | $62.90 | 8001242 | 01/13/2020 | $54.12 | 8001369 |
| | 03/16/2020 | $99.22 | 8001450 | 07/20/2020 | $90.49 | 8001655 |
| | 08/17/2020 | $103.72 | 8001711 | 09/21/2020 | $103.73 | 8001777 |
| | 10/19/2020 | $103.72 | 8001833 | 11/16/2020 | $103.72 | 8001898 |
| | 12/21/2020 | $103.74 | 8001954 | 01/11/2021 | $103.72 | 8002017 |
| | 02/22/2021 | $103.73 | 8002064 | 03/15/2021 | $103.71 | 8002121 |
| | 04/19/2021 | $103.74 | 8002174 | 05/17/2021 | $103.72 | 8002225 |
| | 06/21/2021 | $105.41 | 8002273 | 07/19/2021 | $105.41 | 8002326 |
| | 08/16/2021 | $105.39 | 8002378 | 09/20/2021 | $105.41 | 8002428 |
| | 10/18/2021 | $105.42 | 8002477 | 11/17/2021 | $106.53 | 8002524 |
| | 12/13/2021 | $106.47 | 8002577 | 01/10/2022 | $113.69 | 8002629 |
| | 02/14/2022 | $106.53 | 8002679 | 03/14/2022 | $106.53 | 8002732 |
| | 04/18/2022 | $108.21 | 8002786 | 05/16/2022 | $108.19 | 8002839 |
| | 06/20/2022 | $108.21 | 8002893 | 07/18/2022 | $108.21 | 8002944 |
| | 08/15/2022 | $108.21 | 8002994 | 09/19/2022 | $108.21 | 8003041 |
| | 10/17/2022 | $108.23 | 8003096 | 11/14/2022 | $105.97 | 8003150 |
| | 12/12/2022 | $105.97 | 8003197 | 01/09/2023 | $105.97 | 8003252 |
| | 02/13/2023 | $105.97 | 8003304 | 03/13/2023 | $105.97 | 8003363 |
| | 04/17/2023 | $105.97 | 8003415 | 05/15/2023 | $105.97 | 8003468 |
| | 06/12/2023 | $104.83 | 8003526 | 07/17/2023 | $104.84 | 8003590 |
| | 08/14/2023 | $104.84 | 8003635 | 09/18/2023 | $104.79 | 8003698 |
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 01/13/2020 | $531.00 | 841092 | | | |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 02/11/2019 | $317.69 | 819706 | 03/18/2019 | $425.29 | 821683 |
| | 04/15/2019 | $425.29 | 823709 | 05/20/2019 | $425.29 | 825686 |
| | 06/17/2019 | $432.96 | 827687 | 07/15/2019 | $432.96 | 829542 |
| | 08/19/2019 | $432.96 | 831529 | 10/21/2019 | $99.28 | 835568 |

**Chapter 13 Case # 18-27904**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 10/21/2019 | $67.29 | 835619 | | 01/13/2020 | $57.91 | 841483 |
| | 03/16/2020 | $106.15 | 845292 | | 07/20/2020 | $96.81 | 852601 |
| | 08/17/2020 | $110.97 | 854459 | | 09/21/2020 | $110.97 | 856296 |
| | 10/19/2020 | $110.97 | 858158 | | 11/16/2020 | $111.02 | 859945 |
| | 12/21/2020 | $110.90 | 861781 | | 01/11/2021 | $110.97 | 863538 |
| | 02/22/2021 | $110.98 | 865282 | | 03/15/2021 | $111.04 | 867079 |
| | 04/19/2021 | $110.91 | 868810 | | 04/19/2021 | ($110.91) | 868810 |
| | 04/19/2021 | $110.91 | 869686 | | 05/17/2021 | $110.97 | 870698 |
| | 06/21/2021 | $112.77 | 872502 | | 07/19/2021 | $112.77 | 874279 |
| | 08/16/2021 | $112.83 | 875972 | | 09/20/2021 | $112.77 | 877723 |
| | 10/18/2021 | $112.72 | 879469 | | 11/17/2021 | $113.97 | 881183 |
| | 12/13/2021 | $114.02 | 882807 | | 01/10/2022 | $121.52 | 884453 |
| | 02/14/2022 | $113.97 | 886162 | | 03/14/2022 | $113.97 | 887861 |
| | 04/18/2022 | $115.77 | 889598 | | 05/16/2022 | $115.86 | 891284 |
| | 06/20/2022 | $115.77 | 892985 | | 07/18/2022 | $115.77 | 894664 |
| | 08/15/2022 | $115.77 | 896252 | | 09/19/2022 | $115.77 | 897863 |
| | 10/17/2022 | $115.69 | 899514 | | 11/14/2022 | $113.37 | 901082 |
| | 12/12/2022 | $113.37 | 902629 | | 01/09/2023 | $113.37 | 904128 |
| | 02/13/2023 | $113.37 | 905669 | | 03/13/2023 | $113.37 | 907272 |
| | 04/17/2023 | $113.37 | 908885 | | 05/15/2023 | $113.37 | 910467 |
| | 06/12/2023 | $112.22 | 911947 | | 07/17/2023 | $112.17 | 913469 |
| | 08/14/2023 | $112.17 | 914984 | | 09/18/2023 | $112.18 | 916481 |
| TOYOTA MOTOR CREDIT | | | | | | | |
| | 10/21/2019 | $214.77 | 836363 | | 01/13/2020 | $184.81 | 842121 |
| | 03/16/2020 | $338.79 | 845951 | | 07/20/2020 | $308.98 | 853239 |
| | 08/17/2020 | $354.18 | 855049 | | 09/21/2020 | $354.19 | 856932 |
| | 10/19/2020 | $354.18 | 858759 | | 11/16/2020 | $354.15 | 860533 |
| | 12/21/2020 | $354.25 | 862427 | | 01/11/2021 | $354.18 | 864020 |
| | 02/22/2021 | $354.19 | 865959 | | 03/15/2021 | $354.13 | 867562 |
| | 04/19/2021 | $354.23 | 869453 | | 05/17/2021 | $354.18 | 871245 |
| | 06/21/2021 | $359.93 | 873106 | | 07/19/2021 | $359.92 | 874822 |
| | 08/16/2021 | $359.88 | 876538 | | 09/20/2021 | $359.92 | 878321 |
| | 10/18/2021 | $359.96 | 880051 | | 11/17/2021 | $363.75 | 881728 |
| | 12/13/2021 | $363.77 | 883369 | | 01/10/2022 | $388.03 | 885012 |
| | 02/14/2022 | $363.75 | 886741 | | 03/14/2022 | $363.75 | 888417 |
| | 04/18/2022 | $369.50 | 890183 | | 05/16/2022 | $369.43 | 891824 |
| | 06/20/2022 | $369.50 | 893575 | | 07/18/2022 | $369.50 | 895201 |
| | 08/15/2022 | $369.50 | 896749 | | 09/19/2022 | $369.50 | 898424 |
| | 10/17/2022 | $369.56 | 900037 | | 11/14/2022 | $361.83 | 901609 |
| | 12/12/2022 | $361.83 | 903141 | | 01/09/2023 | $361.83 | 904638 |
| | 02/13/2023 | $361.83 | 906208 | | 03/13/2023 | $361.83 | 907798 |
| | 04/17/2023 | $361.83 | 909451 | | 05/15/2023 | $361.83 | 910949 |
| | 06/12/2023 | $357.97 | 912460 | | 07/17/2023 | $358.01 | 913986 |
| | 08/14/2023 | $358.01 | 915449 | | 09/18/2023 | $358.05 | 916989 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 10, 2023.

Receipts: $33,600.04    -    Paid to Claims: $27,267.16    -    Admin Costs Paid: $5,757.86    =    Funds on Hand: $575.02

Base Plan Amount: $33,600.00    -    Receipts: $33,600.04    =    Total Unpaid Balance: **($0.04)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.